IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| UNIFIED GROCERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 140194D |
| | ) | |
| v. | ) | |
| | ) | |
| CLACKAMAS COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered December 5, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's motion to dismiss (motion), filed December 3, 2014, requesting that its appeal be withdrawn. In response to Plaintiff's motion, Defendant withdrew its counterclaim on December 3, 2014. (Def's ltr at 1, Dec 3, 2014.) Having considered Plaintiff's motion and Defendant's withdrawal of its counterclaim, the court finds that the case should be dismissed. Now therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of December 2014.


_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on December 22, 2014. The court filed and entered this document on December 22, 2014.*